IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>YONAIKER ALEXANDER FERNANDEZ PEDRON,<br><br>and<br><br>YOHENDRI RAMON GONZALEZ RAMIREZ,<br><br>    Defendants. | No.   25-CR-88-J<br><br>Ct 1:   18 U.S.C. §§ 2113(b) and 371<br>   (Conspiracy to Commit Bank Theft)<br><br>Ct 2:   18 U.S.C. §§ 2113(c), and 2<br>   (Bank theft) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### INTRODUCTORY ALLEGATIONS

At all times relevant to this indictment:

1. Big Horn Federal Savings Bank was a bank whose deposits were insured by the Federal Deposit Insurance Corporation (FDIC). Big Horn Federal Savings Bank had ATM locations across the state of Wyoming, including in Lovell, Greybull, and Thermopolis.

2. "Jackpotting" was a technique used to access an ATM and tamper with, or otherwise manipulate, the software of the ATM, causing the ATM to dispense money without an authorized transaction.

### COUNT ONE

3. Paragraphs 1-2 are realleged for the purpose of charging Count One.

4. From on or about March 15, 2025, through and including on or about March 16, 2025, in the District of Wyoming and elsewhere, the Defendants, **YONAIKER ALEXANDER**

FERNANDEZ PEDRON and **YOHENDRI RAMON GONZALEZ RAMIREZ**, knowingly and intentionally conspired with each other and others, both known and unknown to the grand jury, to take and carry away with intent to steal and purloin over $1,000.00 in United States currency belonging to and in the care, custody, control, management, and possession of Big Horn Federal Savings Bank, a bank whose deposits were then insured by the FDIC, and in furtherance of the conspiracy, one or more of the co-conspirators committed the following:

### OVERT ACTS

5. On or about March 15, 2025, **YOHENDRI RAMON GONZALEZ RAMIREZ, YONAIKER ALEXANDER FERNANDEZ PEDRON**, and other individuals known and unknown to the grand jury, accessed the drive-through ATM at Big Horn Federal Savings Bank in Lovell, Wyoming multiple times, jackpotting the ATM and causing it to dispense approximately $24,700 in U.S. currency without authorization. **YONAIKER ALEXANDER FERNANDEZ PEDRON** and others then departed the area with the currency.

6. On March 16, 2025, **YOHENDRI RAMON GONZALEZ RAMIREZ, YONAIKER ALEXANDER FERNANDEZ PEDRON**, and other individuals known and unknown to the grand jury, accessed a Big Horn Federal Savings Bank ATM in Greybull, Wyoming multiple times, jackpotting the ATM and causing it to dispense approximately $19,500 in U.S. currency without authorization. **YONAIKER ALEXANDER FERNANDEZ PEDRON** and others then departed the area with the currency.

7. On March 16, 2025, **YOHENDRI RAMON GONZALEZ RAMIREZ** and other individuals known and unknown to the grand jury, accessed a Big Horn Federal Savings Bank ATM in Thermopolis, Wyoming multiple times, jackpotting the ATM and causing it to dispense

approximately $10,000 in U.S. currency without authorization. An individual unknown to the grand jury then departed the area with the currency.

These acts were all in violation of 18 U.S.C. §§ 2113(b) and 371.

### COUNT TWO

9. From on or about March 15, 2025, through and including on or about March 16, 2025, in the District of Wyoming, the Defendants, **YONAIKER ALEXANDER FERNANDEZ PEDRON** and **YOHENDRI RAMON GONZALEZ RAMIREZ**, each aiding and abetting the other and others known and unknown to the grand jury, did knowingly receive and possess over $1,000.00 in United States currency that had been taken and stolen from the care, custody, control, management, and possession of Big Horn Federal Savings Bank, a bank whose deposits were then insured by the FDIC, knowing said currency had been stolen.

In violation of 18 U.S.C. §§ 2113(c) and 2.

A TRUE BILL:

*INK SIGNATURE ON FILE*
FOREPERSON

STEPHANIE SPRECHER
Acting United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | YONAIKER ALEXANDER FERNANDEZ PEDRON **and** YOHENDRI RAMON GONZALEZ RAMIREZ |
| **DATE:** | May 20, 2025 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | |
| Ct: 1 | **18 U.S.C. §§ 2113(b) and 371** (Conspiracy to Commit Bank Theft)<br><br>0-10 Years Imprisonment<br>up to $250,000 Fine<br>up to 3 Years Supervised Release<br>$100 Special Assessment |
| Ct: 2 | **18 U.S.C. §§ 2113(c), and 2** (Bank theft)<br>0-10 Years Imprisonment<br>Up To $250,000 Fine<br>up to 3 Years Supervised Release<br>$100 Special Assessment |
| **TOTALS:** | 0-20 Years Imprisonment<br>Up To $500,000 Fine<br>3 Years Supervised Release<br>$200 Special Assessment |
| **AGENT:** | Adrianne Culver, FBI |
| **AUSA:** | Z. Seth Griswold, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |

1

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** No

2