# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

*10:37 am, 6/24/25*

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

Plaintiff

vs.

YOHENDRI RAMON GONZALEZ RAMIREZ
aka YOHENDRI RAMO RAMIREZ GONZALEZ

Defendant.

Case Number:   2:25-CR-88-ABJ-2

Date 6/24/2025   Time 9:34am - 9:58am   Before the Honorable   Scott P. Klosterman

☑ Indictment   ☐ Information   ☐ Complaint   ☑ Arraignment   ☐ Rule 5

☐ Initial Appearance   ☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Removal Hearing

☐ Other _____

Offense: 1: 18 U.S.C. §§ 2113(b) and 371 Conspiracy to Commit Bank Theft; 2: 18 U.S.C. §§ 2113(c) and 2 Bank Theft

| Brandi Robinson | FTR Recording | Greg Lewis |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Cameron Cook | Kuzmanovich/Heiduck | Maria Cruz |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared   ☐ Voluntarily   ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing   Terry J Harris

☐ FPD   ☑ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

WY53

Rev. 06/03/2025

**Arraignment**

☐ Defendant waives indictment
☐ Defendant waives reading of indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government
☒ Indictment
☐ Complaint

**Defendant enters a plea of**

☑ Not guilty to count(s)
1, 2          of an  Indictment
☐ Guilty to count(s)
_____ of an _____

**Not Guilty Plea**

☑ Court orders discovery per rule 16 FRCrP
☑ Photocopy of discovery is permissible
☑ Court orders access to Grand Jury Transcripts
Motions to be filed   ☐ Days   ☐ On or Before   ☐ Discovery
☑ Trial date set for  8/4/2025  at 1:30PM  Before Honorable    Alan B. Johnson
in  Cheyenne, Wyoming (Courtroom 2)
☑ Speedy trial expires on   8/27/2025
☑ Other    Custody clock expires on 8/4/2025